# Court of Appeals
# of the State of Georgia

ATLANTA, October 27, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0339. HASTY v. N&P ACQUISITIONS, LLC et al.

This appeal was docketed on September 22, 2023. Appellant has failed to comply with this Court's notice of docketing by filing a brief containing an enumeration of errors within 20 days after the appeal was docketed.[1] Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/27/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] See Court of Appeals Rules 13 and 23 (a).